I HEREBY CERTIFY THAT THIS DOCUMENT WAS SERVED BY FIRST CLASS MAIL, POSTAGE PREPAID, TO (SEE BELOW) AT THEIR RESPECTIVE MOST RECENT ADDRESS OF RECORD IN THIS ACTION ON THIS DATE

TO:     DATE:     DEPUTY CLERK:

/Petitioner 04/19/18 DV

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# EASTERN DIVISION

| | |
|---|---|
| WILLIAM EDWARD LEWIS II, <br> Petitioner, <br> v. <br> M.E. SPEARMAN, Warden, <br> Respondent. | No. ED CV 16-01275-AB (DFM) <br><br> Order Accepting Report and Recommendation of United States Magistrate Judge |

Under 28 U.S.C. § 636, the Court has reviewed the Petition, the other records on file herein, and the Report and Recommendation of the United States Magistrate Judge. No objections to the Report and Recommendation were filed, and the deadline for filing objections has passed. The Court accepts the report, findings, and recommendations of the Magistrate Judge and denies Petitioner's motion for a stay.

///
///
///
///

IT IS THEREFORE ORDERED that Judgment be entered denying the Petition.

Dated: April 19, 2018

                                                                                                                          _____
                                                            ANDRÉ BIROTTE JR.
                                                            United States District Judge