I HEREBY CERTIFY THAT THIS
DOCUMENT WAS SERVED BY FIRST
CLASS MAIL, POSTAGE PREPAID, TO
(SEE BELOW) AT THEIR RESPECTIVE
MOST RECENT ADDRESS OF RECORD IN
THIS ACTION ON THIS DATE

TO:         DATE:    DEPUTY CLERK:
Petitioner 4/19/18 DV

JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### EASTERN DIVISION

| | |
|---|---|
| WILLIAM EDWARD LEWIS II,<br><br>Petitioner,<br><br>v.<br><br>M.E. SPEARMAN, Warden,<br><br>Respondent. | No. ED CV 16-01275-AB (DFM)<br><br>JUDGMENT |

Under the Court's Order Accepting the Report and Recommendation of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and this action dismissed with prejudice.

Dated: April 19, 2018

_____
ANDRÉ BIROTTE JR.
United States District Judge